# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| CARLTON BRADFORD | CIVIL ACTION |
| --- | --- |
| VERSUS | NO. 19-0471 |
| OUACHITA CORRECTIONAL CENTER | SECTION: "H"(5) |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and Petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Carlton Bradford is transferred to the United States District Court for the Western District of Louisiana, and the pending application to proceed *in forma pauperis* is deferred to that Court for resolution.

New Orleans, Louisiana, this 4th day of November 2019.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**